UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>  v.<br><br>KIMBERLY MICHELLE HERNANDEZ LOMELI (2),<br><br>                Defendant. | Case No.: 24-cr-0071-AGS-2<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |

    Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

    **IT IS HEREBY ORDERED** that the Information in the above-entitled case is dismissed without prejudice.

    **SO ORDERED.**

DATED: January 23, 2024

_____
HON. ANDREW G. SCHOPLER
United States District Judge